UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:23-cr-00037-MO |
| v. | INFORMATION |
| **NANCY GARCIA,** | 21 U.S.C. § 841(a)(1), (b)(1)(A)(i) and (b)(1)(B)(vi) |
| Defendant. | **Forfeiture Allegation** |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Heroin)**
**(21 U.S.C. § 841(a)(1), (b)(1)(A)(i))**

On or about January 16, 2023, in the District of Oregon, defendant **NANCY GARCIA,** did unlawfully and knowingly possess with intent to distribute a kilogram or more of a mixture or substance containing a detectible amount of heroin, a Schedule I controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(i).

**COUNT 2**
**(Possession with Intent to Distribute Fentanyl)**
**(21 U.S.C. § 841(a)(1), (b)(1)(B)(vi))**

On or about January 16, 2023, in the District of Oregon, defendant **NANCY GARCIA**, did unlawfully and knowingly possess with intent to distribute 400 grams or more of a mixture or substance containing a detectible amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance,

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(vi).

## FORFEITURE ALLEGATION

Upon conviction of the controlled substance offense alleged in Count 1 or 2 of this Indictment, defendants shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

## SUBSTITUTE ASSETS

If any forfeitable property, as a result of any act or omission of the defendants:

(a)  cannot be located upon the exercise of due diligence;

(b)  has been transferred or sold to, or deposited with, a third party;

(c)  has been placed beyond the jurisdiction of the court;

(d)  has been substantially diminished in value; or

(e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated: February 7, 2023                                            Respectfully submitted,

NATALIE K. WIGHT
United States Attorney


*/s/ Paul T. Maloney*
PAUL T. MALONEY, OSB#013366
Assistant United States Attorney